United States District Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RODNEY KWAMÉ DARRINGTON | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) M-22-089 |
| | ) |
| STATE OF TEXAS, ET AL. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Rodney Kwamé Darrington's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 20 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Hidalgo County.

DONE on this 31st day of August, 2023, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE